IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                        NO. 4:10CR00323-002 SWW

SETH SANDERS                                                     DEFENDANT

### ORDER

The above entitled cause came on for hearing December 18, 2014 on the government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised release [doc #87] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of imprisonment of FIVE (5) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Forrest City, Arkansas.

There will be *ONE (1) YEAR of supervised release* following the term of incarceration. All general and standard conditions of supervised release previously imposed remain in full force and effect which include the following special condition:

> 1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include

testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment. The Court recommends Freedom House as the provider.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 18th day of December 2014.

/s/Susan Webber Wright
United States District Judge